No. 03–5640.  PHILLIPS *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–5641.  BURT *v.* HEMINGWAY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–5642.  EDWARDS *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–5644.  FRANCHEK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–5647.  RIDDLE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5648.  SHAKUR *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5649.  SMITH *v.* GLOVER, SHERIFF, DUVAL COUNTY, FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–5654.  MERRITT *v.* BLAINE, DISTRICT ATTORNEY, COUNTY OF PHILADELPHIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–5656.  PARRIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5657.  COLE, AKA MAYO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–5661.  LUNA-MARADIAGA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5662.  PULLIAM *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–5663.  PETTIFORD *v.* NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–5664.  OSHUNLETI *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.